**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raoul LAFOND, a/k/a Chris Lafond, a/k/a Jim, a/k/a Jamaican Jim, a/k/a Derrick Burch, a/k/a Fletcher Busbee, a/k/a Ronald Elie, a/k/a Ronald Ely, Defendant–Appellant.**

No. 02–6518.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 10, 2002.

Raoul Lafond, Appellant Pro Se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Raoul Lafond seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lafond,* Nos. CR–96–212; CA–01–167–1 (M.D.N.C. filed Jan. 7, 2002 & entered Jan. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*